IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

vs.                         CR. NO.: 2:24-cr-00026-BHH

**NOAH OLEN FOWLER**

**PLEA**

The defendant, Noah Olen Fowler, having withdrawn his plea of Not Guilty entered February 7, 2024 pleads **GUILTY** to Count __1__ of the Indictment after arraignment in open court.

_____
Defendant

May 1, 2024
Charleston, South Carolina