# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.:  2:24-cr-00026-001BHH |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER TO SEAL DOCUMENT |
| NOAH OLEN FOWLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Noah Fowler, by and through his undersigned counsel, moved this Court for an Order granting that his sentencing memorandum/variance motion be filed under seal.  For good cause shown, Defendant's motion is granted.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
The Honorable Bruce Howe Hendricks
United States District Judge

This  12th  day of  November , 2024